United States Magistrate Court
DSQ-SDTX
FILED

AUG · 7 2023   2B

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA          §
                                  §
v.                                §          CRIMINAL NO. 5:23-CR-00749
                                  §
JUAN MARTIN RUIZ-FUENTES          §

## FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America by and through Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and Bryan L. Oliver, Assistant United States Attorney, and Defendant, **JUAN MARTIN RUIZ-FUENTES**, and the defendant's counsel hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish Defendant's guilt:

Defendant is a native and citizen of **MEXICO** with no documents allowing him to enter, travel through, or remain in the United States. Defendant was **removed** from the United States on or about **November 23, 2022**, from **Brownsville, Texas**. Defendant thereafter **was found** in the United States on or about **May 15, 2023**, at or near **Laredo, Texas**. Defendant has never applied for or received the permission of either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States or reapply for admission to the United States after his deportation or removal.

II.

Defendant, **JUAN MARTIN RUIZ-FUENTES**, hereby confesses and judicially admits

that on **May 15, 2023**, he, an alien, was found in the United States after being previously deported

or removed from the United States, and not having applied for or received the permission of either

the United States Attorney General or the Secretary of the Department of Homeland Security to

re-enter the United States or re-apply for admission to the United States after his deportation or

removal, in violation of **Title 8, United States Code, Section 1326(a).**

JUAN MARTIN RUIZ-FUENTES
Defendant

APPROVED:

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____

Bryan L. Oliver
Assistant United States Attorney

Sara A. Martinez
Attorney for Defendant